UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUBRAMANYAM VEDAM, )<br><br>Petitioner, )<br><br>v. )<br><br>LEONARD ODDO, Warden of )<br>Moshannon Valley Processing Center, )<br>et al., )<br><br>Defendants. ) | Case No. 3:25-cv-00383-SLH-KAP<br><br>Judge Stephanie L. Haines<br><br>Magistrate Judge Keith A Pesto |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule of Civil Procedure 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner, by and through his attorney, respectfully submits this Notice of Voluntary Dismissal.

The Petitioner asks that this Court, dismiss this action without prejudice, with all parties to bear their own costs and expenses. Subsequent to the filing of this civil action, the U.S. Department of Justice's Board of Immigration Appeals ("BIA") issued a stay of Petitioner's removal from the U.S., based on his appeal of his removal order. As such, his claims are now moot. The Petitioner and his counsel appreciate the Court's time and attention in this matter.

November 3, 2025                                       Respectfully submitted,


/s/Brian Scott Green
Brian Scott Green
Pennsylvania Bar ID # 86888
Law Office of Brian Green
9609 S University Boulevard
#630084
Highlands Ranch, CO 80130
Tel:  (443) 799-4225
BrianGreen@greenUSimmigration.com

Attorney for the Petitioner

2

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Notice of Voluntary Dismissal to be served on all counsel of record via ECF.

/s/Brian Scott Green
BRIAN SCOTT GREEN

AND NOW, this 3rd day of November, 2025,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE